UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| TERRY D. SMITH, | Civil No.: 2:13-cv-01591-PK |
| Plaintiff. | |
| v. | ORDER FOR EAJA FEES |
| CAROLYN W. COLVIN,<br>Commissioner of Social Security, | |
| Defendant. | |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, it is hereby ordered that EAJA attorney's fees of $5217.86 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010).

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to attorney Robyn M. Rebers, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Robyn Rebers, at P.O. Box 3530, Wilsonville, Oregon 97070.

IT IS SO ORDERED.

DATED this 22nd day of July, 2014.

Paul Papak
United States Magistrate Judge

Presented by:
Robyn M. Rebers OSB# 034309
Attorney for Plaintiff